IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE GARDENKRANS, <br><br>　　　　Plaintiff, <br><br>　v. <br><br>THE COLLEGE NETWORK, INC., et al., <br><br>　　　　Defendants. | NO. 1:09-CV-00718-AWI-SMS <br><br>ORDER FOR INTRADISTRICT TRANSFER TO SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

Eastern District of California Local Rule 3-120(d) provides:

> All civil and criminal actions and legal proceedings of every nature and kind cognizable in the United States District Court for the Eastern District of California arising in Alpine, Amador, Butte, Colusa, El Dorado, Glenn, Lassen, Modoc, Mono, Nevada, Placer, Plumas, Sacramento, San Joaquin, Shasta, Sierra, Siskiyou, Solano, Sutter, Tehama, Trinity, Yolo and Yuba counties shall be commenced in Sacramento, California . . . .

The facts underlying in this case occurred in El Dorado County. Thus, this case has been filed in the wrong division, and should have been filed in the Sacramento Division of this court. Eastern District of California Local Rule 3-120(f) states: "Whenever in any action the Court finds upon its own motion, motion of any party, or stipulation that an action has not been commenced in the proper Court in accordance with this Rule, or for other good cause, the Court may transfer the same to another venue within the District." L.R. 3-120(f). The court will transfer the case to the Sacramento Division.

Accordingly, IT IS HEREBY ORDERED that this matter is forthwith transferred to the Sacramento Division of the Eastern District of California.

IT IS SO ORDERED.

Dated: April 24, 2009             /s/ Anthony W. Ishii
                                  CHIEF UNITED STATES DISTRICT JUDGE